ORIGINAL   ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles  Bar no. 41993
Paul McCarthy  Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
ROBERT VALENTINO HERNANDEZ

United States District Court
for the Northern District of California

| | |
|---|---|
| ROBERT VALENTINO HERNANDEZ,<br><br>*Petitioner*,<br>vs.<br><br>DAVE DAVEY, Warden, California State Prison — Corcoran,<br><br>*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 3:15-cv-01805-HSG<br><br>ORDER EXTENDING TIME TO FILE TRAVERSE AND REPLY MEMORANDUM PENDING RESOLUTION OF THE REFILED STAY AND ABEYANCE MOTION |

**PROPOSED ORDER EXTENDING TIME TO FILE TRAVERSE AND REPLY MEMORANDUM PENDING RESOLUTION OF THE REFILED STAY AND ABEYANCE MOTION**

Good cause appearing, this court extends the time for filing the traverse and reply memorandum pending resolution of petitioner's refiled stay and abeyance motion. If the court denies the stay and abeyance motion, petitioner's traverse and reply memorandum shall be due ten days after this court denies the stay and abeyance motion.

Dated: San Francisco, California, September 14, 2015.

_____
Haywood S. Gilliam, Jr.
United States District Judge