Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ROBERT VALENTINO HERNANDEZ

United States District Court
Northern District of California
San Francisco Courthouse

| | |
|---|---|
| ROBERT VALENTINO HERNANDEZ, <br><br> *Petitioner*, <br> vs. <br><br> DAVE DAVEY, Warden, California State Prison — Corcoran, <br><br> *Respondent.* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 3:15-cv-01805-hsg <br><br> ORDER SETTING DEADLINE TO FILE TRAVERSE AND REPLY MEMORANDUM |

**ORDER SETTING DEADLINE TO FILE TRAVERSE AND REPLY MEMORANDUM**

On October 14, 2016, this Court granted petitioner's motion to dissolve the stay and reinstate proceedings. Petitioner's traverse and reply memorandum shall be due 30 days from the date of this order.

Dated: San Francisco, California, October 24, 2016.

Haywood S Gilliam, Jr
United States District Judge